FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Mar 01 2024

KEVIN P. WEIMER, Clerk

By: s/Kari Butler
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNEIKA THOMAS,<br><br>　　Plaintiff pro se,<br><br>　　v.<br><br>TORONTO DOMINION<br>INVESTMENTS, INC.,<br><br>　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:24-CV-0570-LMM-WEJ |

### ORDER TO SHOW CAUSE

On February 12, 2024, defendant Toronto Dominion Investments, Inc. filed a Motion for Dismissal [6] this action. Plaintiff pro se Uneika Thomas has failed to respond to that Motion and the time to do so has expired.

Under this Court's Civil Local Rules, any party opposing a motion, such as the instant Motion to Dismiss, must respond within "fourteen (14) days after service of the motion." N.D. Ga. Civ. R. 7.1(B). "Failure to file a response shall indicate that there is no opposition to the motion." Id. Therefore, the Court may assume that plaintiff does not oppose defendant's Motion to dismiss this case.

Accordingly, the Court **DIRECTS** plaintiff to explain in writing on or before **March 8, 2024** why defendant's Motion should not be granted. Plaintiff is

cautioned that failure to comply with this Order will result in a recommendation that this case be dismissed. See Fed. R. Civ. P. 41(b); N.D. Ga. Civ. R. 41.3(A)(2) ("The Court may, with or without notice to the parties, dismiss a civil case for want of prosecution if . . . [a] plaintiff . . . shall, after notice, . . . fail or refuse to obey a lawful order of the Court in the case . . . .").

**SO ORDERED**, this 1st day of March, 2024.

_____
WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE